# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) | State | City |
|---|---|---|---|---|
| 70.160.221.71 | Cox Communications | 2011-10-08 21:31:35 | Virginia | Virginia Beach |