# EXHIBIT B

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 107.2.159.59 | Comcast Cable Communications | 2011-12-22 13:59:30 |
| 107.2.208.94 | Comcast Cable Communications | 2011-11-28 18:35:44 |
| 108.12.36.22 | Verizon Online | 2011-12-10 13:14:23 |
| 108.13.126.10 | Verizon Online | 2011-12-21 15:32:12 |
| 108.14.232.153 | Verizon Online | 2011-10-10 23:19:02 |
| 108.16.238.189 | Verizon Online | 2011-12-13 16:44:56 |
| 108.16.37.10 | Verizon Online | 2011-11-27 21:40:37 |
| 108.22.248.239 | Verizon Online | 2011-12-18 02:15:00 |
| 108.23.159.9 | Verizon Online | 2011-10-21 08:36:09 |
| 108.28.148.205 | Verizon Online | 2011-12-20 21:18:05 |
| 108.35.147.33 | Verizon Online | 2011-12-22 05:33:37 |
| 108.41.55.97 | Verizon Online | 2011-10-08 02:56:50 |
| 108.42.12.102 | Verizon Online | 2011-12-17 01:05:41 |
| 108.48.122.147 | Verizon Online | 2011-11-30 02:59:07 |
| 108.56.148.217 | Verizon Online | 2011-09-27 00:28:49 |
| 108.6.11.131 | Verizon Online | 2011-11-20 20:28:42 |
| 108.6.180.181 | Verizon Online | 2011-12-13 20:55:31 |
| 108.69.135.104 | AT&T Internet Services | 2011-12-11 20:20:07 |
| 108.7.217.49 | Verizon Online | 2011-11-17 11:37:43 |
| 108.72.214.10 | AT&T Internet Services | 2011-12-10 04:38:48 |
| 138.210.200.15 | Embarq Corporation | 2011-12-01 01:26:39 |
| 146.115.161.89 | RCN Corporation | 2011-10-21 06:43:55 |
| 146.115.177.163 | RCN Corporation | 2011-10-15 10:49:00 |
| 146.115.46.6 | RCN Corporation | 2011-12-20 16:24:11 |
| 158.247.98.241 | KansasNet / Fox Business Systems | 2011-10-31 13:22:58 |
| 173.10.28.97 | Comcast Cable Communications | 2011-10-28 01:34:31 |
| 173.119.117.131 | Sprint PCS | 2011-12-01 20:23:36 |
| 173.14.66.172 | Comcast Cable Communications | 2011-11-30 05:50:07 |
| 173.19.101.35 | Mediacom Communications | 2011-11-13 17:00:29 |
| 173.24.159.204 | Mediacom Communications | 2011-10-25 02:03:58 |
| 173.246.213.28 | Morris Broadband | 2011-10-25 15:44:14 |
| 173.3.26.6 | Cablevision Systems | 2011-10-26 04:40:12 |
| 173.31.90.246 | Mediacom Communications | 2011-09-29 17:20:32 |
| 173.48.220.143 | Verizon Online | 2011-12-06 02:35:47 |
| 173.49.119.122 | Verizon Online | 2011-11-08 06:48:46 |
| 173.49.160.193 | Verizon Online | 2011-12-04 04:52:55 |
| 173.51.164.2 | Verizon Online | 2011-12-03 06:13:18 |
| 173.55.117.177 | Verizon Online | 2011-09-30 19:36:30 |
| 173.55.225.212 | Verizon Online | 2011-12-17 01:24:15 |
| 173.57.111.195 | Verizon Online | 2011-12-19 17:06:45 |
| 173.58.7.190 | Verizon Online | 2011-11-11 21:16:30 |
| 173.59.236.186 | Verizon Online | 2011-12-08 14:05:41 |
| 173.60.128.36 | Verizon Online | 2011-12-14 10:15:05 |

| | | |
|---|---|---|
| 173.60.61.253 | Verizon Online | 2011-08-16 10:21:32 |
| 173.62.175.167 | Verizon Online | 2011-11-12 16:04:26 |
| 173.66.166.62 | Verizon Online | 2011-10-17 23:58:54 |
| 173.68.124.241 | Verizon Online | 2011-12-11 05:42:57 |
| 173.69.209.33 | Verizon Online | 2011-11-27 19:37:06 |
| 173.71.86.220 | Verizon Online | 2011-11-06 18:24:26 |
| 173.71.90.30 | Verizon Online | 2011-11-06 07:06:34 |
| 173.72.127.134 | Verizon Online | 2011-10-14 02:02:39 |
| 173.73.146.16 | Verizon Online | 2011-10-20 04:52:55 |
| 173.74.194.213 | Verizon Online | 2011-10-21 20:44:54 |
| 173.76.40.112 | Verizon Online | 2011-11-19 23:06:31 |
| 173.79.127.167 | Verizon Online | 2011-12-04 20:44:58 |
| 173.79.163.240 | Verizon Online | 2011-10-08 17:50:47 |
| 173.93.245.32 | Road Runner | 2011-12-08 15:32:46 |
| 174.102.221.72 | Road Runner | 2011-11-12 20:58:48 |
| 174.103.210.128 | Road Runner | 2011-11-12 08:46:38 |
| 174.110.163.96 | Road Runner | 2011-11-22 02:40:58 |
| 174.126.171.36 | Cable One | 2011-10-13 20:58:51 |
| 174.126.43.57 | Cable One | 2011-12-03 21:58:53 |
| 174.134.212.241 | Bright House Networks | 2011-11-05 22:05:04 |
| 174.146.98.187 | Sprint PCS | 2011-11-30 01:02:12 |
| 174.20.220.210 | Qwest | 2011-10-20 07:16:42 |
| 174.45.182.211 | Bresnan Communications | 2011-10-24 16:10:31 |
| 174.50.37.92 | Comcast Cable Communications | 2011-11-14 18:39:45 |
| 174.51.221.192 | Comcast Cable Communications | 2011-10-19 22:50:19 |
| 174.52.175.77 | Comcast Cable Communications | 2011-12-19 20:11:55 |
| 174.52.186.50 | Comcast Cable Communications | 2011-12-10 01:56:58 |
| 174.52.217.241 | Comcast Cable Communications | 2011-10-18 23:08:16 |
| 174.52.56.36 | Comcast Cable Communications | 2011-10-05 02:58:30 |
| 174.52.9.200 | Comcast Cable Communications | 2011-11-25 17:48:45 |
| 174.55.235.228 | Comcast Cable Communications | 2011-09-28 19:55:29 |
| 174.56.197.221 | Comcast Cable Communications | 2011-11-27 18:43:14 |
| 174.56.73.102 | Comcast Cable Communications | 2011-10-16 05:15:48 |
| 174.57.197.181 | Comcast Cable Communications | 2011-09-27 18:02:58 |
| 174.69.78.201 | Cox Communications | 2011-12-15 00:26:32 |
| 174.70.132.203 | Cox Communications | 2011-12-06 11:27:12 |
| 184.13.214.109 | Frontier Communications of America | 2011-10-17 14:55:13 |
| 184.155.1.193 | Cable One | 2011-09-28 02:12:43 |
| 184.167.113.41 | Bresnan Communications | 2011-11-12 18:21:25 |
| 184.167.196.71 | Bresnan Communications | 2011-11-14 18:34:53 |
| 184.18.143.47 | Frontier Communications of America | 2011-10-04 09:36:44 |
| 184.234.34.224 | Sprint PCS | 2011-10-14 12:50:18 |
| 184.37.4.237 | BellSouth.net | 2011-08-17 05:15:39 |
| 184.59.174.6 | Road Runner | 2011-12-07 04:02:50 |

| | | |
|---|---|---|
| 184.59.189.229 | Road Runner | 2011-12-11 23:12:33 |
| 184.77.97.111 | Clearwire US | 2011-11-18 04:34:57 |
| 184.78.102.233 | Clearwire US | 2011-11-02 18:19:03 |
| 184.97.36.110 | Qwest | 2011-11-10 08:27:29 |
| 205.178.93.204 | RCN Corporation | 2011-12-22 14:38:10 |
| 205.209.130.36 | DCS Pacific Star | 2011-11-15 16:28:43 |
| 206.173.113.242 | XO Communications | 2011-10-29 17:38:04 |
| 207.237.2.134 | RCN Corporation | 2011-09-22 18:51:53 |
| 207.32.56.221 | Iowa Network Services | 2011-10-04 20:27:52 |
| 208.102.217.140 | Cincinnati Bell Telephone | 2011-11-13 05:14:40 |
| 208.102.245.68 | Cincinnati Bell Telephone | 2011-11-04 22:50:04 |
| 208.104.112.161 | Comporium Communications | 2011-12-01 11:22:40 |
| 208.106.47.170 | Sonoma Interconnect | 2011-11-23 02:30:47 |
| 208.126.150.193 | Iowa Network Services | 2011-11-19 10:14:23 |
| 209.172.13.173 | Triton Technologies | 2011-10-16 08:43:38 |
| 216.15.79.39 | RCN Corporation | 2011-10-29 08:52:38 |
| 216.160.187.251 | Qwest | 2011-11-04 23:38:36 |
| 216.20.142.69 | Community Antenna Service | 2011-10-17 15:10:33 |
| 216.67.56.213 | Alaska Comm. Systems Group | 2011-09-29 21:56:01 |
| 24.0.1.72 | Comcast Cable Communications | 2011-09-26 23:23:50 |
| 24.10.153.58 | Comcast Cable Communications | 2011-10-29 00:32:25 |
| 24.10.154.65 | Comcast Cable Communications | 2011-11-07 17:15:57 |
| 24.10.183.166 | Comcast Cable Communications | 2011-10-14 05:37:17 |
| 24.100.89.186 | New Wave Communications | 2011-11-07 07:39:25 |
| 24.101.164.171 | Armstrong Cable Services | 2011-10-31 16:18:36 |
| 24.102.225.166 | PenTeleData | 2011-10-18 04:02:20 |
| 24.107.104.136 | Charter Communications | 2011-12-03 23:33:38 |
| 24.111.54.106 | Midcontinent Media | 2011-10-10 14:59:02 |
| 24.117.227.14 | Cable One | 2011-12-20 21:58:16 |
| 24.118.148.248 | Comcast Cable Communications | 2011-10-03 21:42:07 |
| 24.12.74.208 | Comcast Cable Communications | 2011-11-04 19:04:11 |
| 24.130.11.135 | Comcast Cable Communications | 2011-10-19 14:40:10 |
| 24.130.224.32 | Comcast Cable Communications | 2011-12-19 21:01:53 |
| 24.131.197.69 | Comcast Cable Communications | 2011-12-21 22:53:33 |
| 24.14.155.173 | Comcast Cable Communications | 2011-10-08 20:39:16 |
| 24.14.158.150 | Comcast Cable Communications | 2011-10-17 19:39:15 |
| 24.144.163.159 | Armstrong Cable Services | 2011-10-01 03:38:08 |
| 24.145.82.32 | Atlantic Broadband Finance | 2011-10-08 22:23:16 |
| 24.147.209.185 | Comcast Cable Communications | 2011-11-27 21:59:49 |
| 24.147.97.135 | Comcast Cable Communications | 2011-10-19 00:37:48 |
| 24.15.246.157 | Comcast Cable Communications | 2011-12-09 12:56:10 |
| 24.15.52.190 | Comcast Cable Communications | 2011-11-18 17:20:34 |
| 24.151.24.27 | Charter Communications | 2011-11-05 16:20:33 |
| 24.16.174.248 | Comcast Cable Communications | 2011-12-15 22:47:15 |

| 24.163.21.210 | Road Runner | 2011-10-20 15:37:24 |
|---|---|---|
| 24.176.17.73 | Charter Communications | 2011-11-23 02:48:59 |
| 24.176.21.251 | Charter Communications | 2011-11-21 21:02:51 |
| 24.178.96.65 | Charter Communications | 2011-11-20 04:28:45 |
| 24.180.53.82 | Charter Communications | 2011-12-07 06:07:43 |
| 24.183.228.128 | Charter Communications | 2011-11-24 00:36:10 |
| 24.185.19.90 | Cablevision Systems | 2011-11-13 15:45:52 |
| 24.185.2.140 | Cablevision Systems | 2011-12-14 00:24:03 |
| 24.185.2.49 | Cablevision Systems | 2011-12-15 17:47:18 |
| 24.186.240.202 | Cablevision Systems | 2011-11-04 06:57:17 |
| 24.189.5.41 | Cablevision Systems | 2011-09-30 07:58:14 |
| 24.191.77.222 | Cablevision Systems | 2011-11-21 01:45:58 |
| 24.196.234.122 | Charter Communications | 2011-11-20 18:18:16 |
| 24.197.241.100 | Charter Communications | 2011-12-03 03:33:27 |
| 24.2.119.67 | Comcast Cable Communications | 2011-12-05 17:09:51 |
| 24.209.140.125 | Road Runner | 2011-11-29 21:58:44 |
| 24.21.104.32 | Comcast Cable Communications | 2011-10-19 06:05:02 |
| 24.217.227.54 | Charter Communications | 2011-10-21 23:02:53 |
| 24.225.105.45 | Sunflower Broadband | 2011-10-12 14:59:17 |
| 24.23.9.78 | Comcast Cable Communications | 2011-12-04 21:18:48 |
| 24.230.34.167 | Midcontinent Media | 2011-10-11 15:52:03 |
| 24.231.175.46 | Charter Communications | 2011-11-26 20:42:53 |
| 24.237.67.144 | General Communication | 2011-11-24 20:09:49 |
| 24.237.72.141 | General Communication | 2011-10-11 03:21:32 |
| 24.24.234.48 | Road Runner | 2011-11-11 20:10:08 |
| 24.253.205.106 | Cox Communications | 2011-10-18 22:01:19 |
| 24.3.30.133 | Comcast Cable Communications | 2011-11-07 00:41:00 |
| 24.34.37.28 | Comcast Cable Communications | 2011-09-28 01:59:48 |
| 24.35.18.248 | Broadstripe | 2011-11-12 23:10:27 |
| 24.4.208.97 | Comcast Cable Communications | 2011-10-25 19:02:30 |
| 24.4.225.131 | Comcast Cable Communications | 2011-08-16 03:42:49 |
| 24.41.67.208 | Comcast Cable Communications | 2011-12-22 17:21:05 |
| 24.44.144.247 | Cablevision Systems | 2011-09-30 22:33:47 |
| 24.49.141.151 | Baja Broadband | 2011-11-14 01:11:34 |
| 24.5.146.108 | Comcast Cable Communications | 2011-11-18 08:12:08 |
| 24.56.2.63 | Cox Communications | 2011-09-29 16:18:12 |
| 24.6.225.85 | Comcast Cable Communications | 2011-10-13 00:43:02 |
| 24.60.169.23 | Comcast Cable Communications | 2011-12-11 04:38:59 |
| 24.60.206.104 | Comcast Cable Communications | 2011-10-04 19:52:31 |
| 24.61.118.125 | Comcast Cable Communications | 2011-10-28 21:49:07 |
| 24.62.202.182 | Comcast Cable Communications | 2011-09-29 23:02:55 |
| 24.63.194.144 | Comcast Cable Communications | 2011-09-30 22:47:25 |
| 24.72.211.82 | Charter Communications | 2011-11-05 07:35:38 |
| 24.90.17.207 | Road Runner | 2011-11-03 22:21:55 |

| | | |
|---|---|---|
| 24.91.72.142 | Comcast Cable Communications | 2011-10-27 02:14:53 |
| 24.99.21.27 | Comcast Cable Communications | 2011-09-23 03:21:18 |
| 50.129.219.204 | Comcast Cable Communications | 2011-11-14 01:11:41 |
| 50.129.22.218 | Comcast Cable Communications | 2011-12-09 16:45:32 |
| 50.32.13.85 | Frontier Communications of America | 2011-12-12 17:45:38 |
| 50.46.137.210 | Frontier Communications of America | 2011-10-19 04:43:22 |
| 50.46.154.252 | Frontier Communications of America | 2011-11-07 08:36:14 |
| 50.46.157.59 | Frontier Communications of America | 2011-10-28 19:44:59 |
| 50.46.232.166 | Frontier Communications of America | 2011-12-07 04:53:52 |
| 50.47.19.141 | Frontier Communications of America | 2011-10-18 03:14:00 |
| 50.53.138.248 | Frontier Communications of America | 2011-12-08 18:13:46 |
| 50.81.105.160 | Mediacom Communications | 2011-12-22 08:16:07 |
| 50.81.145.199 | Comcast Cable Communications | 2011-12-13 06:08:53 |
| 64.121.69.3 | RCN Corporation | 2011-11-18 21:23:50 |
| 64.91.135.135 | Comcast Cable Communications | 2011-09-22 16:23:03 |
| 65.101.231.196 | Qwest | 2011-12-01 20:14:03 |
| 65.27.34.18 | Road Runner | 2011-11-25 04:57:12 |
| 65.31.113.232 | Road Runner | 2011-10-05 22:32:55 |
| 65.36.20.241 | Grande Communications Networks | 2011-09-22 21:01:30 |
| 65.87.62.167 | Harrisonville Telephone Company | 2011-11-12 21:57:06 |
| 66.108.40.158 | Road Runner | 2011-09-24 00:39:20 |
| 66.156.90.37 | BellSouth.net | 2011-09-23 17:39:44 |
| 66.169.181.2 | Charter Communications | 2011-10-19 05:47:05 |
| 66.182.116.250 | Maricopa Broadband | 2011-10-08 03:09:50 |
| 66.182.205.50 | Millennium Telcom | 2011-10-25 14:37:14 |
| 66.190.81.89 | Charter Communications | 2011-12-18 11:12:10 |
| 66.205.115.121 | Cebridge Connections | 2011-10-15 13:45:02 |
| 66.205.143.209 | Roseville Telephone Company | 2011-10-21 19:33:10 |
| 66.235.75.86 | Whidbey Internet Services | 2011-10-07 05:27:00 |
| 66.249.51.187 | Digital Teleport | 2011-10-12 19:28:57 |
| 66.30.157.125 | Comcast Cable Communications | 2011-11-22 22:09:55 |
| 66.41.122.103 | Comcast Cable Communications | 2011-10-30 19:34:55 |
| 66.41.196.202 | Comcast Cable Communications | 2011-12-04 14:42:23 |
| 66.41.74.233 | Comcast Cable Communications | 2011-11-22 16:13:56 |
| 66.67.61.222 | Road Runner | 2011-09-29 17:00:42 |
| 66.68.149.246 | Road Runner | 2011-11-22 07:27:04 |
| 66.74.148.223 | Road Runner | 2011-11-26 22:24:24 |
| 66.75.18.42 | Road Runner | 2011-10-19 13:43:13 |
| 67.160.80.244 | Comcast Cable Communications | 2011-11-10 15:59:22 |
| 67.161.250.148 | Comcast Cable Communications | 2011-09-30 02:13:48 |
| 67.162.93.94 | Comcast Cable Communications | 2011-10-01 02:12:00 |
| 67.163.133.69 | Comcast Cable Communications | 2011-11-17 03:05:03 |
| 67.163.230.244 | Comcast Cable Communications | 2011-11-25 05:46:04 |
| 67.164.24.218 | Comcast Cable Communications | 2011-12-22 05:33:21 |

| | | |
|---|---|---|
| 67.165.122.158 | Comcast Cable Communications | 2011-10-10 18:14:25 |
| 67.165.234.242 | Comcast Cable Communications | 2011-12-13 23:51:51 |
| 67.166.204.1 | Comcast Cable Communications | 2011-12-03 05:26:48 |
| 67.166.73.231 | Comcast Cable Communications | 2011-09-29 06:36:50 |
| 67.167.62.146 | Comcast Cable Communications | 2011-11-02 18:04:56 |
| 67.169.65.233 | Comcast Cable Communications | 2011-09-23 05:59:36 |
| 67.170.111.194 | Comcast Cable Communications | 2011-11-10 19:49:40 |
| 67.172.218.17 | Comcast Cable Communications | 2011-11-07 05:56:28 |
| 67.175.72.245 | Comcast Cable Communications | 2011-10-28 04:32:39 |
| 67.177.17.102 | Comcast Cable Communications | 2011-10-21 19:46:48 |
| 67.181.21.161 | Comcast Cable Communications | 2011-12-01 23:02:23 |
| 67.182.14.203 | Comcast Cable Communications | 2011-11-13 08:08:37 |
| 67.185.159.223 | Comcast Cable Communications | 2011-12-05 16:07:30 |
| 67.185.68.207 | Comcast Cable Communications | 2011-12-22 09:10:03 |
| 67.187.79.129 | Comcast Cable Communications | 2011-12-02 04:01:52 |
| 67.188.183.93 | Comcast Cable Communications | 2011-10-21 01:27:57 |
| 67.189.57.16 | Comcast Cable Communications | 2011-12-02 01:10:40 |
| 67.190.85.172 | Comcast Cable Communications | 2011-09-30 14:43:20 |
| 67.197.94.229 | Comporium Communications | 2011-12-03 23:34:54 |
| 67.2.94.18 | Qwest | 2011-10-21 13:54:08 |
| 67.214.124.148 | 123.Net | 2011-12-02 00:46:58 |
| 67.234.76.134 | Embarq Corporation | 2011-12-09 20:28:43 |
| 67.246.236.120 | Road Runner | 2011-12-23 21:30:53 |
| 67.250.84.120 | Road Runner | 2011-12-22 17:16:20 |
| 67.253.61.40 | Road Runner | 2011-11-27 14:07:03 |
| 67.48.122.59 | Road Runner | 2011-12-03 18:33:38 |
| 67.61.25.72 | Cable One | 2011-12-21 15:39:57 |
| 67.84.129.168 | Cablevision Systems | 2011-10-03 22:27:49 |
| 67.84.142.165 | Cablevision Systems | 2011-10-15 06:26:07 |
| 68.0.178.169 | Cox Communications | 2011-11-26 12:02:54 |
| 68.10.232.77 | Cox Communications | 2011-11-10 17:14:34 |
| 68.101.203.216 | Cox Communications | 2011-09-22 22:40:13 |
| 68.101.96.228 | Cox Communications | 2011-10-05 09:44:03 |
| 68.104.166.61 | Cox Communications | 2011-10-21 16:43:14 |
| 68.104.197.48 | Cox Communications | 2011-11-04 05:52:54 |
| 68.106.47.73 | Cox Communications | 2011-11-28 17:51:47 |
| 68.107.112.91 | Cox Communications | 2011-12-02 08:53:22 |
| 68.107.37.6 | Cox Communications | 2011-11-09 01:11:47 |
| 68.109.95.238 | Cox Communications | 2011-12-10 08:54:00 |
| 68.114.105.140 | Charter Communications | 2011-10-04 01:47:55 |
| 68.120.199.63 | AT&T Internet Services | 2011-12-20 16:41:39 |
| 68.13.135.91 | Cox Communications | 2011-11-08 06:16:17 |
| 68.180.88.159 | Fusion Broadband | 2011-11-29 22:25:08 |
| 68.187.35.57 | Charter Communications | 2011-10-21 06:02:53 |

| 68.191.158.154 | Charter Communications | 2011-11-08 06:30:48 |
| 68.191.60.207 | Charter Communications | 2011-12-09 23:34:14 |
| 68.194.46.117 | Cablevision Systems | 2011-12-19 15:35:47 |
| 68.196.111.146 | Cablevision Systems | 2011-12-06 03:02:02 |
| 68.199.250.115 | Cablevision Systems | 2011-11-29 06:24:00 |
| 68.224.106.143 | Cox Communications | 2011-10-19 22:38:00 |
| 68.224.157.124 | Cox Communications | 2011-08-17 05:33:36 |
| 68.227.224.12 | Cox Communications | 2011-11-26 07:24:29 |
| 68.228.230.22 | Cox Communications | 2011-12-19 16:06:01 |
| 68.228.34.122 | Cox Communications | 2011-09-27 22:53:38 |
| 68.228.76.226 | Cox Communications | 2011-10-31 18:28:14 |
| 68.33.224.185 | Comcast Cable Communications | 2011-09-23 16:22:11 |
| 68.34.168.176 | Comcast Cable Communications | 2011-12-15 17:47:13 |
| 68.34.188.105 | Comcast Cable Communications | 2011-10-11 00:43:06 |
| 68.35.46.68 | Comcast Cable Communications | 2011-09-29 17:38:33 |
| 68.35.66.128 | Comcast Cable Communications | 2011-12-18 02:14:52 |
| 68.35.95.134 | Comcast Cable Communications | 2011-12-16 22:43:35 |
| 68.40.37.145 | Comcast Cable Communications | 2011-12-20 16:48:40 |
| 68.42.76.177 | Comcast Cable Communications | 2011-10-26 17:29:25 |
| 68.43.143.151 | Comcast Cable Communications | 2011-11-07 19:48:48 |
| 68.43.28.31 | Comcast Cable Communications | 2011-10-12 19:02:22 |
| 68.44.149.6 | Comcast Cable Communications | 2011-10-08 21:04:17 |
| 68.44.204.10 | Comcast Cable Communications | 2011-10-10 23:41:37 |
| 68.48.189.63 | Comcast Cable Communications | 2011-10-21 08:00:05 |
| 68.48.66.70 | Comcast Cable Communications | 2011-11-08 02:27:42 |
| 68.50.5.251 | Comcast Cable Communications | 2011-10-17 15:11:58 |
| 68.52.177.56 | Comcast Cable Communications | 2011-11-30 02:33:45 |
| 68.53.161.92 | Comcast Cable Communications | 2011-12-01 03:06:12 |
| 68.53.65.79 | Comcast Cable Communications | 2011-11-16 18:45:42 |
| 68.55.0.46 | Comcast Cable Communications | 2011-10-15 08:11:10 |
| 68.57.140.122 | Comcast Cable Communications | 2011-11-25 05:55:26 |
| 68.58.142.208 | Comcast Cable Communications | 2011-10-17 22:04:13 |
| 68.6.126.165 | Cox Communications | 2011-10-30 19:35:50 |
| 68.60.49.52 | Comcast Cable Communications | 2011-10-11 11:57:23 |
| 68.61.232.248 | Comcast Cable Communications | 2011-10-11 20:20:49 |
| 68.63.96.142 | Comcast Cable Communications | 2011-11-20 21:51:26 |
| 68.68.39.40 | Reliablehosting.com | 2011-12-22 15:26:25 |
| 68.7.208.125 | Cox Communications | 2011-10-18 04:10:00 |
| 68.8.15.146 | Cox Communications | 2011-10-14 16:05:49 |
| 68.83.211.162 | Comcast Cable Communications | 2011-10-20 14:10:34 |
| 68.84.224.165 | Comcast Cable Communications | 2011-11-07 22:36:18 |
| 68.9.159.46 | Cox Communications | 2011-11-07 02:59:37 |
| 68.9.56.98 | Cox Communications | 2011-10-18 21:26:49 |
| 68.90.120.57 | AT&T Internet Services | 2011-12-02 14:28:49 |

| 68.90.234.185 | AT&T Internet Services | 2011-11-29 19:08:44 |
|---|---|---|
| 68.96.55.56 | Cox Communications | 2011-09-29 06:16:47 |
| 68.97.25.6 | Cox Communications | 2011-10-29 17:37:57 |
| 68.98.139.57 | Cox Communications | 2011-09-22 17:59:14 |
| 69.115.114.135 | Cablevision Systems | 2011-10-15 10:29:19 |
| 69.123.193.231 | Cablevision Systems | 2011-12-04 19:39:30 |
| 69.14.202.98 | WideOpenWest | 2011-08-16 22:05:22 |
| 69.141.24.245 | Comcast Cable Communications | 2011-12-12 19:14:01 |
| 69.181.254.245 | Comcast Cable Communications | 2011-12-22 17:29:30 |
| 69.181.28.121 | Comcast Cable Communications | 2011-11-22 18:30:38 |
| 69.181.38.29 | Comcast Cable Communications | 2011-10-11 05:22:27 |
| 69.203.220.122 | Road Runner | 2011-12-09 17:25:03 |
| 69.208.69.234 | AT&T Internet Services | 2011-11-15 04:44:51 |
| 69.234.50.51 | AT&T Internet Services | 2011-10-19 04:45:21 |
| 69.243.104.175 | Comcast Cable Communications | 2011-10-18 07:26:25 |
| 69.247.139.229 | Comcast Cable Communications | 2011-11-26 21:36:14 |
| 69.253.211.207 | Comcast Cable Communications | 2011-11-10 03:05:33 |
| 69.255.188.10 | Comcast Cable Communications | 2011-09-29 04:35:37 |
| 69.255.230.217 | Comcast Cable Communications | 2011-11-12 11:38:26 |
| 69.64.46.85 | Hosting Solutions International | 2011-11-15 05:18:35 |
| 69.76.135.144 | Road Runner | 2011-09-26 22:29:13 |
| 69.76.154.131 | Road Runner | 2011-10-20 19:12:01 |
| 69.80.96.96 | Powerhouse Management | 2011-11-27 01:46:44 |
| 70.162.102.130 | Cox Communications | 2011-09-22 03:31:44 |
| 70.164.204.135 | Cox Communications | 2011-11-22 05:31:25 |
| 70.171.168.75 | Cox Communications | 2011-09-23 00:16:22 |
| 70.172.243.227 | Cox Communications | 2011-11-16 19:46:55 |
| 70.172.251.16 | Cox Communications | 2011-11-18 04:04:48 |
| 70.176.193.162 | Cox Communications | 2011-11-03 02:40:27 |
| 70.176.232.17 | Cox Communications | 2011-11-08 06:33:56 |
| 70.176.45.135 | Cox Communications | 2011-12-03 16:29:20 |
| 70.178.72.178 | Cox Communications | 2011-10-01 01:01:16 |
| 70.179.34.153 | Cox Communications | 2011-11-21 07:18:28 |
| 70.180.173.106 | Cox Communications | 2011-10-28 23:19:34 |
| 70.181.240.154 | Cox Communications | 2011-11-23 17:35:15 |
| 70.181.76.67 | Cox Communications | 2011-12-17 20:06:49 |
| 70.185.224.234 | Cox Communications | 2011-11-14 00:02:21 |
| 70.188.156.46 | Cox Communications | 2011-09-22 21:16:12 |
| 70.35.69.34 | Rock Hill Telephone Company | 2011-08-17 03:36:01 |
| 70.59.229.203 | Qwest | 2011-12-13 21:36:48 |
| 70.88.28.93 | Comcast Cable Communications | 2011-09-29 22:23:22 |
| 70.92.73.243 | Road Runner | 2011-12-07 12:27:13 |
| 70.94.198.101 | Road Runner | 2011-09-23 03:48:26 |
| 70.95.179.80 | Oceanic Internet | 2011-12-14 07:39:28 |

| 71.104.93.237 | Verizon Online | 2011-10-25 14:43:57 |
|---|---|---|
| 71.12.219.143 | Charter Communications | 2011-11-21 15:58:17 |
| 71.123.205.220 | Verizon Online | 2011-10-25 01:36:04 |
| 71.123.247.236 | Verizon Online | 2011-10-18 19:47:58 |
| 71.13.2.26 | Charter Communications | 2011-10-28 03:14:19 |
| 71.132.207.41 | AT&T Internet Services | 2011-10-28 22:16:00 |
| 71.14.99.173 | Charter Communications | 2011-12-03 21:46:18 |
| 71.153.136.70 | AT&T Internet Services | 2011-11-13 19:31:43 |
| 71.155.145.82 | AT&T Internet Services | 2011-10-21 04:57:50 |
| 71.162.18.188 | Verizon Online | 2011-09-26 14:54:55 |
| 71.163.145.42 | Verizon Online | 2011-10-21 03:57:55 |
| 71.164.182.105 | Verizon Online | 2011-12-06 11:03:00 |
| 71.167.181.29 | Verizon Online | 2011-11-20 03:27:20 |
| 71.168.230.55 | Verizon Online | 2011-09-29 07:05:48 |
| 71.172.240.43 | Verizon Online | 2011-10-29 17:36:53 |
| 71.175.4.58 | Verizon Online | 2011-12-13 12:47:36 |
| 71.176.212.246 | Verizon Online | 2011-12-05 22:27:46 |
| 71.177.43.34 | Verizon Online | 2011-10-21 06:49:39 |
| 71.192.198.237 | Comcast Cable Communications | 2011-10-28 16:20:29 |
| 71.193.202.34 | Comcast Cable Communications | 2011-10-08 22:23:15 |
| 71.193.235.110 | Comcast Cable Communications | 2011-11-25 07:21:35 |
| 71.193.83.79 | Comcast Cable Communications | 2011-10-21 23:57:21 |
| 71.194.200.98 | Comcast Cable Communications | 2011-10-03 19:36:51 |
| 71.194.205.119 | Comcast Cable Communications | 2011-11-27 08:02:24 |
| 71.194.56.242 | Comcast Cable Communications | 2011-11-13 19:32:06 |
| 71.195.34.188 | Comcast Cable Communications | 2011-11-14 21:22:01 |
| 71.196.132.44 | Comcast Cable Communications | 2011-12-04 14:12:50 |
| 71.197.139.247 | Comcast Cable Communications | 2011-10-25 01:14:47 |
| 71.197.242.164 | Comcast Cable Communications | 2011-10-20 01:07:27 |
| 71.198.193.212 | Comcast Cable Communications | 2011-12-07 12:27:14 |
| 71.198.238.247 | Comcast Cable Communications | 2011-11-27 02:13:51 |
| 71.20.213.123 | Clearwire US | 2011-09-28 03:45:19 |
| 71.200.129.97 | Comcast Cable Communications | 2011-09-29 01:37:47 |
| 71.201.77.116 | Comcast Cable Communications | 2011-11-12 19:51:49 |
| 71.204.130.178 | Comcast Cable Communications | 2011-11-28 23:40:24 |
| 71.204.160.246 | Comcast Cable Communications | 2011-09-29 22:20:28 |
| 71.204.84.109 | Comcast Cable Communications | 2011-12-09 21:38:17 |
| 71.207.130.216 | Comcast Cable Communications | 2011-09-28 22:12:59 |
| 71.207.23.169 | Comcast Cable Communications | 2011-10-03 20:46:15 |
| 71.208.204.1 | Qwest | 2011-10-16 08:43:40 |
| 71.215.107.8 | Qwest | 2011-12-12 19:15:14 |
| 71.217.26.214 | Qwest | 2011-10-10 17:01:52 |
| 71.229.94.210 | Comcast Cable Communications | 2011-12-03 01:29:06 |
| 71.23.29.207 | Clearwire US | 2011-10-11 07:39:32 |

| 71.230.173.81 | Comcast Cable Communications | 2011-10-28 17:40:28 |
|---|---|---|
| 71.231.198.16 | Comcast Cable Communications | 2011-11-12 22:22:14 |
| 71.231.67.110 | Comcast Cable Communications | 2011-10-25 22:32:58 |
| 71.236.216.96 | Comcast Cable Communications | 2011-09-27 00:42:43 |
| 71.237.197.12 | Comcast Cable Communications | 2011-11-21 00:51:48 |
| 71.237.36.27 | Comcast Cable Communications | 2011-10-03 22:48:30 |
| 71.239.184.233 | Comcast Cable Communications | 2011-10-11 07:53:02 |
| 71.245.250.7 | Verizon Online | 2011-12-22 19:35:45 |
| 71.33.170.66 | Qwest | 2011-12-20 08:15:05 |
| 71.50.178.150 | Embarq Corporation | 2011-11-05 16:25:03 |
| 71.51.235.248 | Embarq Corporation | 2011-12-10 05:53:01 |
| 71.56.139.228 | Comcast Cable Communications | 2011-10-01 00:05:53 |
| 71.60.194.212 | Comcast Cable Communications | 2011-09-23 00:22:20 |
| 71.61.183.180 | Comcast Cable Communications | 2011-10-16 03:12:39 |
| 71.61.244.141 | Comcast Cable Communications | 2011-09-21 22:56:41 |
| 71.61.64.153 | Comcast Cable Communications | 2011-10-07 10:51:40 |
| 71.61.94.90 | Comcast Cable Communications | 2011-09-23 03:47:55 |
| 71.63.233.239 | Comcast Cable Communications | 2011-09-28 23:12:06 |
| 71.81.203.105 | Charter Communications | 2011-12-19 15:35:40 |
| 71.93.120.41 | Charter Communications | 2011-11-12 03:26:42 |
| 71.94.167.148 | Charter Communications | 2011-09-27 03:12:02 |
| 71.94.76.46 | Charter Communications | 2011-12-19 18:21:42 |
| 72.161.91.21 | CenturyTel | 2011-12-17 00:55:40 |
| 72.175.156.52 | Bresnan Communications | 2011-11-07 17:05:27 |
| 72.196.155.14 | Cox Communications | 2011-11-03 23:40:14 |
| 72.196.219.203 | Cox Communications | 2011-10-21 00:31:09 |
| 72.198.122.153 | Cox Communications | 2011-12-21 23:13:27 |
| 72.198.216.239 | Cox Communications | 2011-11-02 19:08:48 |
| 72.199.67.211 | Cox Communications | 2011-10-28 01:40:04 |
| 72.204.56.128 | Cox Communications | 2011-10-07 07:06:36 |
| 72.205.39.40 | Cox Communications | 2011-10-28 18:13:53 |
| 72.208.38.151 | Cox Communications | 2011-10-29 05:06:04 |
| 72.211.160.82 | Cox Communications | 2011-12-09 16:46:53 |
| 72.218.87.169 | Cox Communications | 2011-11-12 07:24:19 |
| 72.219.185.116 | Cox Communications | 2011-12-01 21:07:31 |
| 72.220.112.32 | Cox Communications | 2011-12-17 20:06:26 |
| 72.220.176.188 | Cox Communications | 2011-10-21 18:55:12 |
| 72.222.216.234 | Cox Communications | 2011-12-21 07:17:49 |
| 72.223.94.123 | Cox Communications | 2011-11-08 02:59:27 |
| 72.224.164.189 | Road Runner | 2011-11-09 22:06:47 |
| 72.226.109.53 | Road Runner | 2011-12-13 21:56:29 |
| 72.235.15.131 | Hawaiian Telcom Services Company | 2011-11-18 04:35:30 |
| 72.55.210.158 | Visionary Communications | 2011-11-23 04:16:47 |
| 72.64.108.157 | Verizon Online | 2011-11-23 23:51:10 |

| | | |
|---|---|---|
| 72.83.254.43 | Verizon Online | 2011-10-19 23:06:19 |
| 74.102.143.167 | Verizon Online | 2011-12-03 21:43:16 |
| 74.103.28.135 | Verizon Online | 2011-12-07 12:27:25 |
| 74.104.146.157 | Verizon Online | 2011-11-19 05:46:08 |
| 74.104.182.10 | Verizon Online | 2011-10-27 02:30:57 |
| 74.105.102.215 | Verizon Online | 2011-12-12 18:17:59 |
| 74.109.106.131 | Verizon Online | 2011-12-14 23:58:45 |
| 74.110.191.131 | Verizon Online | 2011-10-21 00:02:11 |
| 74.111.40.71 | Verizon Online | 2011-09-26 16:41:43 |
| 74.128.39.239 | Insight Communications | 2011-10-05 00:48:59 |
| 74.132.146.69 | Insight Communications | 2011-11-03 23:41:33 |
| 74.133.210.10 | Insight Communications | 2011-10-04 08:46:47 |
| 74.134.20.19 | Insight Communications | 2011-11-20 15:46:57 |
| 74.136.105.212 | Insight Communications | 2011-12-04 04:24:25 |
| 74.138.168.193 | Insight Communications | 2011-12-16 16:22:29 |
| 74.139.91.31 | Insight Communications | 2011-12-05 19:45:14 |
| 74.194.42.125 | Suddenlink Communications | 2011-11-27 04:03:56 |
| 74.199.107.37 | WideOpenWest | 2011-10-29 01:18:23 |
| 74.38.112.253 | Frontier Communications of America | 2011-10-14 08:44:15 |
| 74.74.251.162 | Road Runner | 2011-11-26 19:27:16 |
| 74.78.158.219 | Road Runner | 2011-11-16 00:05:55 |
| 74.90.137.84 | Cablevision Systems | 2011-09-22 20:24:07 |
| 74.90.81.182 | Cablevision Systems | 2011-10-17 18:18:06 |
| 74.96.116.21 | Verizon Online | 2011-09-21 23:48:54 |
| 75.109.120.91 | Suddenlink Communications | 2011-11-21 21:31:52 |
| 75.128.15.78 | Charter Communications | 2011-10-10 20:37:16 |
| 75.131.196.103 | Charter Communications | 2011-10-04 21:14:04 |
| 75.131.26.19 | Charter Communications | 2011-09-30 02:13:37 |
| 75.132.223.44 | Charter Communications | 2011-10-14 05:07:43 |
| 75.134.120.202 | Charter Communications | 2011-11-29 05:58:19 |
| 75.134.95.97 | Charter Communications | 2011-12-05 23:43:20 |
| 75.139.133.149 | Charter Communications | 2011-11-13 04:28:45 |
| 75.139.232.141 | Charter Communications | 2011-10-04 20:25:42 |
| 75.140.15.13 | Charter Communications | 2011-10-05 07:18:05 |
| 75.140.156.92 | Charter Communications | 2011-12-06 10:00:09 |
| 75.162.88.243 | Qwest | 2011-11-20 01:20:43 |
| 75.175.218.26 | Qwest | 2011-10-02 10:10:48 |
| 75.177.134.0 | Road Runner | 2011-09-28 15:39:41 |
| 75.181.13.32 | Road Runner | 2011-12-02 06:10:53 |
| 75.183.160.123 | Road Runner | 2011-12-07 03:03:37 |
| 75.186.20.84 | Road Runner | 2011-11-28 20:23:22 |
| 75.27.171.178 | AT&T Internet Services | 2011-11-10 07:57:11 |
| 75.40.207.24 | AT&T Internet Services | 2011-10-08 02:19:39 |
| 75.5.72.57 | AT&T Internet Services | 2011-10-17 15:37:00 |

| | | |
|---|---|---|
| 75.6.160.224 | AT&T Internet Services | 2011-12-21 23:41:27 |
| 75.64.87.46 | Comcast Cable Communications | 2011-11-13 17:32:37 |
| 75.68.94.137 | Comcast Cable Communications | 2011-10-10 15:16:52 |
| 75.69.131.10 | Comcast Cable Communications | 2011-12-03 16:42:12 |
| 75.69.72.182 | Comcast Cable Communications | 2011-10-13 19:52:59 |
| 75.72.178.18 | Comcast Cable Communications | 2011-11-15 23:59:25 |
| 75.80.78.155 | Road Runner | 2011-09-29 00:51:23 |
| 75.87.100.198 | Road Runner | 2011-12-04 01:32:50 |
| 75.94.234.169 | Clearwire US | 2011-12-09 19:13:34 |
| 75.97.61.25 | PenTeleData | 2011-11-30 08:39:15 |
| 76.1.107.78 | Embarq Corporation | 2011-12-03 06:51:57 |
| 76.102.172.183 | Comcast Cable Communications | 2011-10-05 04:15:30 |
| 76.102.71.181 | Comcast Cable Communications | 2011-11-26 19:49:53 |
| 76.105.255.0 | Comcast Cable Communications | 2011-09-28 15:46:03 |
| 76.106.50.148 | Comcast Cable Communications | 2011-12-04 14:52:12 |
| 76.111.168.252 | Comcast Cable Communications | 2011-12-01 07:47:17 |
| 76.112.29.2 | Comcast Cable Communications | 2011-11-18 08:42:33 |
| 76.113.122.192 | Comcast Cable Communications | 2011-11-17 04:55:20 |
| 76.118.223.27 | Comcast Cable Communications | 2011-10-14 15:58:14 |
| 76.119.73.222 | Comcast Cable Communications | 2011-12-11 20:20:06 |
| 76.121.151.95 | Comcast Cable Communications | 2011-11-26 13:19:38 |
| 76.121.176.49 | Comcast Cable Communications | 2011-10-29 17:35:33 |
| 76.121.221.59 | Comcast Cable Communications | 2011-10-10 14:58:57 |
| 76.126.17.58 | Comcast Cable Communications | 2011-12-20 11:32:23 |
| 76.168.184.80 | Road Runner | 2011-09-29 07:12:17 |
| 76.169.160.57 | Road Runner | 2011-11-08 21:03:44 |
| 76.17.177.77 | Comcast Cable Communications | 2011-11-18 05:35:18 |
| 76.17.44.56 | Comcast Cable Communications | 2011-10-04 06:41:00 |
| 76.171.72.157 | Road Runner | 2011-11-17 03:06:18 |
| 76.174.0.97 | Road Runner | 2011-10-21 20:46:38 |
| 76.180.184.124 | Road Runner | 2011-11-19 12:42:58 |
| 76.182.137.48 | Road Runner | 2011-12-07 05:09:53 |
| 76.20.66.37 | Comcast Cable Communications | 2011-09-22 17:48:35 |
| 76.201.153.136 | AT&T Internet Services | 2011-11-11 06:59:37 |
| 76.208.55.117 | AT&T Internet Services | 2011-09-30 22:27:57 |
| 76.21.10.121 | Comcast Cable Communications | 2011-10-27 01:37:17 |
| 76.21.75.97 | Comcast Cable Communications | 2011-12-07 00:30:52 |
| 76.21.82.166 | Comcast Cable Communications | 2011-10-15 00:45:22 |
| 76.23.186.5 | Comcast Cable Communications | 2011-10-05 09:41:07 |
| 76.25.113.63 | Comcast Cable Communications | 2011-10-08 00:50:50 |
| 76.26.74.209 | Comcast Cable Communications | 2011-09-21 21:14:50 |
| 76.27.127.50 | Comcast Cable Communications | 2011-09-22 14:24:29 |
| 76.28.121.0 | Comcast Cable Communications | 2011-12-20 07:26:26 |
| 76.28.164.233 | Comcast Cable Communications | 2011-10-19 01:44:55 |

| 76.28.237.247 | Comcast Cable Communications | 2011-11-07 13:09:49 |
|---|---|---|
| 76.29.124.10 | Comcast Cable Communications | 2011-11-30 21:02:49 |
| 76.29.19.41 | Comcast Cable Communications | 2011-10-07 14:33:20 |
| 76.31.192.30 | Comcast Cable Communications | 2011-12-10 09:04:50 |
| 76.31.210.109 | Comcast Cable Communications | 2011-11-30 03:59:16 |
| 76.5.131.44 | Embarq Corporation | 2011-11-24 02:34:16 |
| 76.73.192.44 | Knology | 2011-10-19 13:01:14 |
| 76.84.22.22 | Road Runner | 2011-11-20 07:33:40 |
| 76.87.193.196 | Road Runner | 2011-09-27 20:59:47 |
| 76.88.61.159 | Road Runner | 2011-10-26 04:21:44 |
| 76.89.249.14 | Road Runner | 2011-12-12 01:59:45 |
| 76.91.249.90 | Road Runner | 2011-09-29 03:35:30 |
| 76.94.197.80 | Road Runner | 2011-12-14 03:06:28 |
| 76.97.44.130 | Comcast Cable Communications | 2011-11-18 23:07:38 |
| 96.226.153.164 | Verizon Online | 2011-10-02 00:27:22 |
| 96.241.149.167 | Verizon Online | 2011-11-01 22:31:16 |
| 96.241.75.95 | Verizon Online | 2011-09-29 06:04:55 |
| 96.245.94.187 | Verizon Online | 2011-11-27 04:19:55 |
| 96.248.38.63 | Verizon Online | 2011-10-31 01:55:36 |
| 96.249.147.196 | Verizon Online | 2011-11-12 08:39:37 |
| 96.249.251.104 | Verizon Online | 2011-12-16 00:45:59 |
| 96.251.1.99 | Verizon Online | 2011-10-29 23:02:31 |
| 96.255.132.206 | Verizon Online | 2011-09-28 03:33:39 |
| 96.29.174.81 | Insight Communications | 2011-12-01 20:42:36 |
| 96.3.128.78 | Midcontinent Media | 2011-11-28 23:05:53 |
| 96.38.48.243 | Charter Communications | 2011-10-14 01:39:39 |
| 96.42.121.124 | Charter Communications | 2011-10-03 16:19:29 |
| 96.42.92.206 | Charter Communications | 2011-10-31 18:26:42 |
| 96.8.164.23 | Guadalupe Valley Telephone Coop. | 2011-11-21 15:35:31 |
| 97.116.164.214 | Qwest | 2011-09-27 01:29:54 |
| 97.120.249.49 | Qwest | 2011-10-03 16:23:35 |
| 97.82.254.127 | Charter Communications | 2011-11-16 01:10:34 |
| 97.83.206.106 | Charter Communications | 2011-11-08 13:44:11 |
| 97.90.179.41 | Charter Communications | 2011-11-03 17:41:54 |
| 98.102.250.9 | Road Runner | 2011-11-19 18:52:13 |
| 98.110.113.181 | Verizon Online | 2011-10-11 07:06:28 |
| 98.116.168.172 | Verizon Online | 2011-11-30 07:08:36 |
| 98.116.195.87 | Verizon Online | 2011-12-22 07:34:42 |
| 98.116.203.124 | Verizon Online | 2011-11-07 06:25:00 |
| 98.117.44.144 | Verizon Online | 2011-12-09 19:45:30 |
| 98.14.62.19 | Road Runner | 2011-10-25 01:52:19 |
| 98.144.109.155 | Road Runner | 2011-10-20 16:02:02 |
| 98.145.197.216 | Road Runner | 2011-10-05 01:21:34 |
| 98.158.117.243 | Reliablehosting.com | 2011-12-10 01:14:34 |

| 98.164.153.62 | Cox Communications | 2011-10-29 18:27:27 |
|---|---|---|
| 98.165.106.234 | Cox Communications | 2011-11-07 19:51:54 |
| 98.165.228.80 | Cox Communications | 2011-12-17 22:23:31 |
| 98.165.43.37 | Cox Communications | 2011-11-22 09:02:57 |
| 98.176.60.157 | Cox Communications | 2011-12-05 16:14:14 |
| 98.178.156.98 | Cox Communications | 2011-12-11 08:46:40 |
| 98.18.126.238 | Windstream Communications | 2011-12-12 17:13:56 |
| 98.18.210.20 | Windstream Communications | 2011-11-27 16:30:21 |
| 98.181.18.54 | Cox Communications | 2011-11-19 06:10:44 |
| 98.183.128.171 | Cox Communications | 2011-12-19 16:30:51 |
| 98.183.189.164 | Cox Communications | 2011-12-15 15:33:18 |
| 98.184.70.85 | Cox Communications | 2011-09-21 21:47:07 |
| 98.185.158.43 | Cox Communications | 2011-12-14 02:06:00 |
| 98.19.226.15 | Windstream Communications | 2011-10-15 02:13:06 |
| 98.192.101.165 | Comcast Cable Communications | 2011-11-24 18:48:59 |
| 98.192.102.153 | Comcast Cable Communications | 2011-11-14 20:49:08 |
| 98.192.33.248 | Comcast Cable Communications | 2011-11-08 17:49:35 |
| 98.195.131.79 | Comcast Cable Communications | 2011-11-22 04:45:55 |
| 98.195.220.44 | Comcast Cable Communications | 2011-10-11 14:15:33 |
| 98.196.32.118 | Comcast Cable Communications | 2011-11-08 20:33:18 |
| 98.197.138.126 | Comcast Cable Communications | 2011-12-04 13:07:30 |
| 98.198.230.26 | Comcast Cable Communications | 2011-11-13 07:53:07 |
| 98.199.62.69 | Comcast Cable Communications | 2011-10-11 06:36:10 |
| 98.200.230.46 | Comcast Cable Communications | 2011-10-04 07:32:53 |
| 98.202.163.174 | Comcast Cable Communications | 2011-12-09 01:37:15 |
| 98.202.168.30 | Comcast Cable Communications | 2011-12-12 18:37:44 |
| 98.202.221.173 | Comcast Cable Communications | 2011-10-28 07:46:24 |
| 98.204.134.107 | Comcast Cable Communications | 2011-10-03 22:51:53 |
| 98.206.149.179 | Comcast Cable Communications | 2011-12-21 16:08:09 |
| 98.206.225.162 | Comcast Cable Communications | 2011-10-19 21:39:14 |
| 98.207.36.149 | Comcast Cable Communications | 2011-11-05 22:06:33 |
| 98.210.153.103 | Comcast Cable Communications | 2011-10-27 21:19:25 |
| 98.214.119.203 | Comcast Cable Communications | 2011-10-13 15:03:51 |
| 98.216.30.62 | Comcast Cable Communications | 2011-12-14 05:49:45 |
| 98.217.174.79 | Comcast Cable Communications | 2011-11-26 19:20:41 |
| 98.220.71.10 | Comcast Cable Communications | 2011-10-12 19:37:06 |
| 98.221.150.94 | Comcast Cable Communications | 2011-09-21 21:19:38 |
| 98.221.224.186 | Comcast Cable Communications | 2011-11-26 17:10:55 |
| 98.221.243.252 | Comcast Cable Communications | 2011-10-15 07:07:20 |
| 98.222.43.66 | Comcast Cable Communications | 2011-12-17 20:06:47 |
| 98.223.194.87 | Comcast Cable Communications | 2011-09-23 17:39:44 |
| 98.224.241.53 | Comcast Cable Communications | 2011-10-30 19:34:52 |
| 98.225.19.133 | Comcast Cable Communications | 2011-09-27 23:06:42 |
| 98.226.117.224 | Comcast Cable Communications | 2011-12-03 06:23:22 |

| 98.226.118.210 | Comcast Cable Communications | 2011-11-02 19:18:56 |
| 98.229.240.88 | Comcast Cable Communications | 2011-11-04 00:26:35 |
| 98.23.159.178 | Windstream Communications | 2011-12-04 04:26:58 |
| 98.232.181.54 | Comcast Cable Communications | 2011-09-28 23:47:22 |
| 98.232.186.18 | Comcast Cable Communications | 2011-10-18 07:08:21 |
| 98.232.239.248 | Comcast Cable Communications | 2011-10-05 00:36:14 |
| 98.232.246.80 | Comcast Cable Communications | 2011-11-19 07:06:16 |
| 98.233.129.128 | Comcast Cable Communications | 2011-10-20 23:39:40 |
| 98.234.165.71 | Comcast Cable Communications | 2011-12-06 11:25:20 |
| 98.234.37.125 | Comcast Cable Communications | 2011-11-03 23:40:32 |
| 98.234.4.154 | Comcast Cable Communications | 2011-09-27 22:50:31 |
| 98.235.32.2 | Comcast Cable Communications | 2011-10-14 05:29:55 |
| 98.237.175.50 | Comcast Cable Communications | 2011-11-09 16:30:57 |
| 98.237.254.197 | Comcast Cable Communications | 2011-12-02 02:44:59 |
| 98.239.146.82 | Comcast Cable Communications | 2011-11-08 06:02:18 |
| 98.240.146.100 | Comcast Cable Communications | 2011-11-19 18:44:19 |
| 98.244.29.10 | Comcast Cable Communications | 2011-12-11 09:09:28 |
| 98.245.119.92 | Comcast Cable Communications | 2011-11-27 22:51:16 |
| 98.245.163.241 | Comcast Cable Communications | 2011-12-10 02:32:06 |
| 98.246.205.186 | Comcast Cable Communications | 2011-12-21 00:46:34 |
| 98.246.210.50 | Comcast Cable Communications | 2011-10-01 07:49:19 |
| 98.247.59.124 | Comcast Cable Communications | 2011-10-01 06:07:24 |
| 98.248.194.102 | Comcast Cable Communications | 2011-12-12 19:39:25 |
| 98.253.142.157 | Comcast Cable Communications | 2011-12-22 19:22:13 |
| 98.253.17.80 | Comcast Cable Communications | 2011-11-30 13:53:57 |
| 98.94.73.224 | BellSouth.net | 2011-09-29 20:49:12 |
| 99.111.243.18 | AT&T Internet Services | 2011-12-02 14:19:18 |
| 99.179.2.90 | AT&T Internet Services | 2011-12-04 21:01:06 |
| 99.20.78.233 | AT&T Internet Services | 2011-10-21 09:39:26 |
| 99.35.248.26 | AT&T Internet Services | 2011-11-19 00:52:38 |
| 99.60.73.177 | AT&T Internet Services | 2011-11-10 15:14:11 |
| 99.95.153.96 | AT&T Internet Services | 2011-12-12 18:07:18 |