# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-755-996

**Effective date of registration:**

May 11, 2011

---

## Title

**Title of Work:** FTV - Tiffany

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 3, 2011   **Nation of 1st Publication:** United States

## Author

**Author:** First Time Videos LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** First Time Videos LLC

2300 W. Sahara Ave, Suite 1000, Las Vegas, NV

## Certification

**Name:** Peter Hansmeier

**Date:** May 10, 2011