## **CERTIFICATE OF SERVICE**

I, Timothy Anderson, hereby certify that on April 18, 2012, all individuals of record, listed below and deemed to have consented to electronic service, are being served a true and correct copy of the Second Amended Complaint, and all attachments and related documents, using the Court's ECF system.

    Robert F. Powers, Esq. (VSB # 80822)
    Dirk McClanahan, Esq. (VSB # 81208)
    McClanahan Powers, PLLC
    1604 Spring Hill Road, Suite 321
    Vienna, VA 22204
    rpowers@mcplegal.com
    dmcclanahan@mcplegal.com
    *Counsels for Co-Conspirator #81*

    Eric James Menhart (DCB # 975896)
    CyberLaw P.C.
    1200 G St NW, Suite 800
    Washington, D.C. 20005
    Eric.Menhart@CyberLaw.Pro
    *Counsel for Doe #16*

I, Timothy Anderson, hereby certify that on April 18, 2012, the individual listed below will be served a true and correct copy of the Second Amended Complaint, and all attachments and related documents, by alternative means.

    John Doe #408 (IP Address 71.93.120.41)

                                                /s/ Timothy V. Anderson
                                                TIMOTHY V. ANDERSON