# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

STATE/COMMONWEALTH OF:
VA

COPY

FIRST TIME VIDEOS LLC

In re / v.

WILLIAM MEYERS, JR

}
}
}
}
}
}
}

CASE NO:

**2:11-CV-00690**

---

## WILLIAM MEYERS JR

### 2360 WILCHESTER GLEN DR, VIRGINIA BEACH, VA 23456

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served:   **SUMMONS IN A CIVIL ACTION**

**COMPLAINT**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:      **5/5/2012**   @   **8:40 PM**

METHOD OF SERVICE:

*PERSONAL SERVICE*

Prior Attempts:

4/26 11:19A-, LEFT NOTICE OF ATTEMPTED DELIVERY, NO ANSWER- 4/27 15:55P-, LEFT NOTICE OF ATTEMPTED DELIVERY, NO ANSWER- 4/30 2:30P-, NO ANSWER, LEFT NOTICE OF ATTEMPTED DELIVERY 5/1 4;20P-, LEFT NOTICE OF ATTEMPTED DELIVERY, NO ANSWER- 5/2 2:15P-, LEFT NOTICE OF ATTEMPTED DELIVERY,NO ANSWER- 5/3 3:00P-, LEFT NOTICE OF ATTEMPTED DELIVERY, NO ANSWER- 5/4 7:30p-, LEFT NOTICE OF ATTEMPTED DELIVERY, NO ANSWER- 5/8 8:30P-, LEFT NOTICE OF ATTEMPTED DELIVERY, NO ANSWER-

COPY

/s/

Dated: 5/7/2012          Signature

Name: JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by JOHNNIE T. DAY

who is personally known to me.

Date:   5/7/2012

My commission expires:      10/31/2015

/s/

Signature of Notary Public:      CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires:  10/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

ASHLEY CORTINAS

317771 - 1