**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| FIRST TIME VIDEOS, LLC | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: 2:11-cv-000690 |
| John Doe | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>(PROPOSED) ORDER</u>**

IT IS ORDERED that the subpoena issued to Verizon seeking the identifying information of John Doe (IP address 98.117.44.144) is hereby QUASHED and it is further

ORDERED that John Doe (IP address 98.117.44.144) be DISMISSED from the instant action without prejudice.

 

_____

United States Magistrate Judge