Reset Form | Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 2:11-cv-000690, Case Name First Time Videos LLC v. John Doe
Party Represented by Applicant: John Doe (IP Address 98.117.44.144)

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Christina Nicole Boffen
Bar Identification Number 29851    State Maryland
Firm Name The Law Office of Christina N. Boffen, LLC
Firm Phone # 410-718-2929    Direct Dial # 410-718-2929    FAX # 410-747-3741
E-Mail Address cboffen@gmail.com
Office Mailing Address 216 N. Crain Hwy Suite 202A Glen Burnie, MD 21061

Name(s) of federal court(s) in which I have been admitted The U.S. District Court for the District of Maryland

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Christina Boffen_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

Stuart L. Plotnick    5-22-12
(Signature)    (Date)
Stuart L. Plotnick    34257
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid  ✓  or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

/s/ MSD
Mark S. Davis
United States District Judge
(Judge's Signature)

5/29/12
(Date)

MAY 29 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA