UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

|  |  |  |
|---|---|---|
| First Time Videos, LLC | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:11cv690-MSD-FBS |
| William Meyer, Jr, | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, with prejudice, all causes of action in the complaint against William Meyer, Jr. The Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. After filing the complaint and identifying and naming the Defendant in question, the Plaintiff and Defendant entered into terms settling this matter to the satisfaction of all parties. Any future actions pursued against the joint tortfeasors, whether in contribution by the Defendant or for further claims by Plaintiff, will be pursued in separate actions in the appropriate jurisdictions.

Respectfully submitted,

First Time Videos, LLC

**DATED:** June 20, 2012

By:   /s/ Timothy V. Anderson
TIMOTHY V. ANDERSON (VSB 43803)
Anderson & Associates, PC
2492 N. Landing Road, Suite 104
Virginia Beach, VA 23456
Telephone: (757) 301 – 3636
Facsimile: (757) 301 - 3640
E-mail: timanderson@virginialawoffice.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 20, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system AND TO William Meyer, Jr, 2360 Wilchester Glen Drive, Virginia Beach, VA 23456 Via US Mail.

    /s/ Timothy V. Anderson
TIMOTHY V. ANDERSON